106 So.2d 443

**STATE of Louisiana**

v.

**James BENNETT.**

No. 44083.

Nov. 10, 1958.

J. E. Adkins, Jr., New Orleans, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., M. E. Culligan, Asst. Atty. Gen., Richard A. Dowling, Dist. Atty., New Orleans, Richard S. McBride, Asst. Dist. Atty., J. David McNeill, Executive Asst. Dist. Atty., New Orleans, for appellee.

TATE, Justice.

Defendant appeals from a conviction of theft. LSA–R.S. 14:67.

Since the defendant perfected no bills of exception, and there being no error patent on the face of the record, there is nothing before us for review. State v. Richard, 230 La. 853, 89 So.2d 367; State v. Perez, 228 La. 796, 84 So.2d 195; State v. Scott, 227 La. 198, 78 So.2d 832; State v. Dartez, 222 La. 9, 62 So.2d 83; State v. McDonald, 218 La. 198, 48 So.2d 797.

The conviction and sentence are affirmed.